**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PAUL PLOTKIN, ) | |
| ) | Case No. _____ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GALAXY RESTAURANT CATERING ) | |
| GROUP, LP and GALAXY GP, LLC, ) | |
| ) | |
| DefendantS. ) | |
| ) | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants Galaxy Restaurant Catering Group, LP and Galaxy GP, LLC remove the above-captioned civil action filed by Plaintiff Paul Plotkin from Boston Municipal Court – Central Division to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, Defendants state:

1. On December 28, 2018, Plaintiff filed a Complaint against Defendants in Boston Municipal Court – Central Division, alleging violations of Massachusetts wage and hour laws. A copy of the original Complaint is attached as **Exhibit A**.

2. The Complaint did not assert a claim under federal law. *Id.*

3. Defendants timely filed an Answer, a copy of which is attached as **Exhibit B**.

4. On August 22, 2019, Plaintiff, with leave of court, filed an Amended Complaint, a copy of which is attached as **Exhibit C** along with Plaintiff's Motion for Leave to file the Amended Complaint.[1]

---

[1] Plaintiff filed a Motion for Leave to file the Amended Complaint on August 6, 2019. The court allowed the motion on August 9, 2019, and ordered that the Amended Complaint, which was attached as an exhibit to Plaintiff's Motion for Leave, would be marked as filed upon Plaintiff's

5. In the Amended Complaint, Plaintiff re-alleged his Massachusetts state law claims under M.G.L. c. 151, §§ 1A, 1B and M.G.L. c. 149, §§ 148, 150, but he also included – for the first time – a claim for non-payment of overtime wages in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 207(A), 216(B).

6. Defendants now remove the action to this Court based on federal question jurisdiction. *See* 28 U.S.C. § 1331.

7. Federal district courts have "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

8. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

9. Generally, the notice of removal "shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based[.]" 28 U.S.C. § 1446(b)(1).

10. However, "if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." *Id.* § 1446(b)(3).

11. Here, the action became removable once Plaintiff filed an Amended Complaint in state court alleging a claim under the FLSA.

---

filing of a Statement of Damages. Plaintiff filed the Statement of Damages on August 22, 2019, at which point the Amended Complaint was deemed to be filed.

12. Because Plaintiff has raised claims under federal law, this action is removable under 28 U.S.C. 28 U.S.C. § 1441 and 28 U.S.C. § 1331.

13. Moreover, removal is timely under 28 U.S.C. § 1446(b)(4) because this Notice of Removal is filed within 30 days of Defendants' receipt of a copy of the Amended Complaint, in which Plaintiff's FLSA claim was first asserted.

14. Copies of this Notice of Removal shall forthwith be served upon Plaintiff and the Clerk of Court for Boston Municipal Court.

15. Nothing in this Notice shall be interpreted as a waiver of relinquishment of Defendants' right to assert any defense, including, without limitation, by way of a motion to dismiss or any pre-answer motion under Fed. R. Civ. P. 12.

**WHEREFORE**, Defendants remove civil action from Boston Municipal Court – Central Division to the United States District Court for the District of Massachusetts.

Dated: August 29, 2019                    Respectfully submitted,

/s/ *Philip M. Hanaka*

Philip M. Hanaka (BBO 644673)
**BUCHANAN INGERSOLL & ROONEY PC**
401 E. Las Olas Boulevard, Suite 2250
Fort Lauderdale, FL 33301-4251
Phone: 954-468-2300
Fax: 954-527-9915
philip.hanaka@bipc.com

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above document was served upon the attorney of record for Plaintiff via the Court's CM/ECF system.

/ *Philip M. Hanaka*

Philip M. Hanaka (BBO 644673)